IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-356-D

FREDDIE HARRIS, Personal Representative )
of the Estate of Octavia E. Howard, )
                                                Plaintiff, )
v. )     **ORDER**
FLUOR CORPORATION, et al., )
                                                Defendants. )

On October 15, 2014, defendants filed a motion to dismiss plaintiff's complaint [D.E. 25]. See Fed. R. Civ. P. 12(b)(6). On November 25, 2014, plaintiff filed a second motion to amend the complaint [D.E. 30]. See Fed. R. Civ. P. 15(a)(2). The court GRANTS the motion to amend [D.E. 30]. The court DISMISSES the motion to dismiss [D.E. 25] as moot. Plaintiff shall file the amended complaint not later than December 30, 2014.

SO ORDERED. This 16 day of December 2014.

                                                  JAMES C. DEVER III
                                                  Chief United States District Judge